**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 19, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00148-CV

---

### ATTARCO, LLC, Appellant

### V.

### TRUDO PROPERTIES, LLC AND KEVIN BRENT ROBERTS, Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-90628**

## MEMORANDUM OPINION

This is an appeal from an order signed February 15, 2019. On March 6, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.